UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD ORVILLE TORP, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:24-cv-77 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, | ) ) | |
| Defendant. | ) ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Richard Torp, proceeding without the assistance of counsel, filed this complaint against the United States Office of Management and Budget (OMB). The caption also identifies Tim Nusraty as a defendant, although the complaint does not plead facts about Nusraty. Nusraty filed a motion to dismiss (ECF No. 5). The Magistrate Judge issued a report recommending the Court grant the motion (ECF No. 12). Plaintiff filed objections (ECF No. 13) indicating that he does not oppose the motion or the recommendation.

Accordingly, the Court **ADOPTS** the Report and Recommendation (ECF No. 12) and **GRANTS** Defendant Nusraty's motion to dismiss (ECF No. 5). **IT IS SO ORDERED.**

Date:   December 3, 2024                                                  /s/  Paul L. Maloney
                                                                                          Paul L. Maloney
                                                                                          United States District Judge